## UNITED STATES BANKRUPTCY COURT
### Western District of Michigan

In re:   **Constance Ann Platschorre**                           Case No. 20-00978
                                                           ,    Chapter 13
Debtor(s).                                                      Hon. John T. Gregg
_____/                        Filed:  **3/07/2020**

### FIRST PRE-CONFIRMATION AMENDED CHAPTER 13 PLAN

**PREAMBLE**

**To Debtors:**   Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors: Your rights may be affected by this Plan.  Your claim may be reduced, modified, or eliminated.**

You should read this Plan carefully and discuss it with your attorney if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you oppose the Plan's treatment of your claim or any provision of this Plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.  The Bankruptcy Court may confirm this Plan without further notice if no objection to confirmation is filed.  See Bankruptcy Rule 3015.  In addition, you may need to file a timely proof of claim in order to be paid under any Plan.

The following matters may be of particular importance.  ***Debtors must check one box on each line to state whether or not the Plan includes each of the following items.  If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the Plan.***

| | | |
|---|---|---|
| A limit on the amount of a secured claim, set out in Paragraph III.C.2.c and III.C.1.f., which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Paragraph IV.R. | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Paragraph IV.R. | ☒ Included | ☐ Not included |

**I. PLAN PARAMETERS**

    **A. APPLICABLE COMMITMENT PERIOD (ACP) - 11 U.S.C. § 1325(b)(4).**

       ☐ The ACP is 60 months.

       ☒ The ACP is 36 months. However, the duration of payments may be extended to complete the Plan.

    **B. LIQUIDATION ANALYSIS.**
      1.  Debtor(s) assert(s) the non-exempt equity in the case is $**16,309.98**.
      2.  The liquidation value of the estate as required by 11 U.S.C. § 1325(a)(4) is $**1,649.98.** This amount represents the calculation by the Debtor(s) of non-exempt equity in the case, minus priority unsecured claims and other allowable deductions.

**II. FUNDING**

    **A. PLAN PAYMENT**   The Debtor(s) shall make payments in the amount of $ **250.00**  per ☐ week, ☐ bi-weekly, ☐ semi-monthly, ☒ month for the minimum of the ACP, subject to changes as set forth in paragraph II.B or II.C, below, or until further order of the Court.

**III. DISBURSEMENTS**

    **F. UNSECURED CREDITORS.**

        **General Unsecured Creditors:** Claims in this class are paid from funds available after payment to all other classes.  The allowed claims of general unsecured creditors will be satisfied by:

        ☐ Payment of a dividend of 100%, plus present value of _____% interest, if necessary to satisfy 11 U.S.C. § 1325(a)(4), **OR**

        ☒ Payment of a pro-rata share of a fixed amount of **$1,649.98** or payment from all disposable income to be received by the Debtor(s) in the ACP, whichever pays more.  This fixed amount shall be reduced by additional administrative expenses including attorney fees approved under 11 U.S.C. § 330(a).  However, this fixed amount shall not be reduced below the liquidation value specified in paragraph I.B.2

        THIS PLAN REMAINS UNCHANGED IN ALL RESPECTS
        NOT IN CONFLICT WITH THESE AMENDMENTS

Date:  **April 20, 2020**　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　**Constance Ann Platschorre**　, Debtor

Date:  **April 20, 2020**　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　**Jeffrey D. Mapes P70509**　, Counsel for the Debtor(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　Best Case Bankruptcy